IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: Tiffany Landon, | CHAPTER 13 |
| Debtor(s). | CASE NO. 09-33496 |

OBJECTION TO CONFIRMATION

COMES NOW Great American Cash Advance, a creditor in the above case, and objects to confirmation of the Debtor's plan because it does not properly treat the claim of Great American Cash Advance. Specifically, the claim ought to be secured, when in fact the claim is listed as unsecured, because the Debtor pledged the 1999 Pontiac Grand Am as security for the loan.

/s/Richard C. Dean, Jr.
Attorney for Great American Cash Advance

OF COUNSEL
P.O. Box 1028
Montgomery, Alabama   36101-1028
334-264-2896
ALH

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the forgoing upon the following interested parties electronically (CM/ECF) or by placing a copy of the same in the United States mail, postage prepaid and properly addressed on the date that this document is filed in the above case.

| Tiffany Landon | Richard D. Shinbaum, Esq. | Mr. Curtis C. Reding, Trustee |
|---|---|---|
| 3412 Vaughn Road | P.O. Box 201 | P.O. Box 173 |
| Montgomery, AL 36106 | 566 South Perry Street | Montgomery AL 36101 |
| | Montgomery AL 36101-0201 | |

/s/ Richard C. Dean, Jr.
OF COUNSEL